No. 80–1488.  PARKS ET AL. v. ALEXANDER, GOVERNOR OF TENNESSEE, ET AL.  Ct. App. Tenn.  Certiorari denied.

No. 80–1489.  COYNE ET AL. v. CITY OF CINCINNATI.  Sup. Ct. Ohio.  Certiorari denied.

No. 80–1490.  WORKMAN v. OREGON.  Ct. App. Ore.  Certiorari denied.

No. 80–1495.  CALIFORNIA v. AUSTIN.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.

No. 80–1505.  RANCHO LA COSTA v. COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 80–1524.  TIFFANY, DBA PATRICIA ANN'S COUNTRY STORE v. COUNTY OF ALBEMARLE, VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 80–1559.  ZELLER v. RANKIN.  C. A. 9th Cir.  Certiorari denied.

No. 80–1636.  MAIO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–5660.  MILLER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–6009.  ROGERS v. BRITTON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 80–6025.  SOAP v. CARTER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 80–6031.  ABELL v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.